# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES SMITH,**  **PLAINTIFF**
**# 279022**

v.  Case No. 4:25-CV-00379-JM-JTK

**RICK D. NASH, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 3rd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE